MARA E. ROSALES, State Bar No. 104844
*mara@rosaleslawpartners.com*
ROBERT D. SANFORD, State Bar No.129790
*dusty@rosaleslawpartners.com*
ROSALES LAW PARTNERS LLP
433 California Street, Suite 630
San Francisco, CA 94104
Telephone:     (415) 986-4760

Attorneys for Defendant
PACIFIC GATEWAY CONCESSIONS LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL HOCHSTETLER, CIRENA TORRES, <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC GATEWAY CONCESSIONS LLC, et al., <br><br> Defendants. <br><hr> PACIFIC GATEWAY CONCESSIONS LLC, et al., <br><br> Cross-Claimant, <br><br> vs. <br><br> POINT SOLUTIONS, LLC <br><br> Cross-Defendant. | CASE NO. 3:14-CV-04748-TEH <br><br> **STIPULATION AND [~~PROPOSED~~[ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

Plaintiffs Rachel Hochstetler and Cirena Torres and Defendant Pacific Gateway Concessions LLC ("PGC") hereby stipulate as follows:

**Recitals**

1. The Initial Case Management Conference in this action is currently scheduled for February 2, 2015, per the Clerk's Notice Scheduling Case Management Conference on

1  Reassignment (Docket 12).

2      2.    PGC filed a Cross-Claim against Cross-Defendant Point Solutions LLC on December 26, 2014 (Docket 13), but Point Solutions has not yet appeared in this action.

    3.    In the interest of efficient case management and minimizing the burden of the action on the Court's resources, Plaintiffs and PGC agree that Point Solutions should participate in the Initial Case Management Conference and the parties' conference required under Federal Rule of Civil Procedure 26.

## Stipulation

    4.    Based on the foregoing recitals, Plaintiffs and Defendant PGC stipulate that the Initial Case Management Conference should be continued from its present date of February 2, 2015 to a date which will allow Cross-Defendant Point Solutions to participate.  The parties agree that a continuance of 60 to 90 days should be sufficient.

    5.    PGC shall file an administrative motion pursuant to Local Rule 7-11 requesting that the Court continue the Initial Case Management Conference to a date between April 3, 2015 and May 4, 2015.

    So Stipulated.

Dated:  January 7, 2015      CHANT & COMPANY,
A Professional Law Corporation

By:   */s/  Chant Yedalian*
      CHANT YEDALIAN
Attorneys for Plaintiffs
RACHEL HOCHSTETLER and CIRENA TORRES

Dated:  January 7, 2015      ROSALES LAW PARTNERS LLP

By:   */s/  Robert D. Sanford*
      ROBERT D. SANFORD
Attorney for Defendant and Cross-Claimant
PACIFIC GATEWAY CONCESSIONS LLC

1 **ORDER**

2 Pursuant to stipulation, it is so ordered. The Initial Case Management Conference shall
3 occur on  April 13  , 2015 at 1:30 PM in Courtroom 12 on the 19th floor, United States District
4 Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.  Not less than seven days
5 prior, counsel shall submit a joint case management conference statement, and all other deadlines
6 are continued according to the new date of the Initial Case Management Conference.
7 Dated:  January 08 , 2015



Honorable Thelton E. H...
United S...