1  MARA E. ROSALES, State Bar No. 104844
   *mara@rosaleslawpartners.com*
2  ROBERT D. SANFORD, State Bar No.129790
   *dusty@rosaleslawpartners.com*
3  ROSALES LAW PARTNERS LLP
   433 California Street, Suite 630
4  San Francisco, CA 94104
   Telephone:     (415) 986-4760
5
   Attorneys for Defendant
6  PACIFIC GATEWAY CONCESSIONS LLC.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| RACHEL HOCHSTETLER,<br>CIRENA TORRES,<br><br>         Plaintiffs,<br>   vs.<br><br>PACIFIC GATEWAY CONCESSIONS LLC, et al.,<br><br>         Defendants.<br>_____<br>PACIFIC GATEWAY CONCESSIONS LLC, et al.,<br><br>         Cross-Claimant,<br>   vs.<br><br>POINT SOLUTIONS, LLC,<br><br>         Cross-Defendant. | CASE NO. 3:14-CV-04748-TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:  April 13, 2015<br>Time**:**  1:30 p.m.<br>Courtroom:  12 |

**STIPULATION**

Plaintiffs Rachel Hochstetler and Cirena Torres, Defendant and Cross-Claimant Pacific Gateway Concessions LLC ("PGC"), and Cross-Defendant Point Solutions, LLC ("PS") hereby stipulate as follows:

**Recitals**

1. The Initial Case Management Conference in this action was originally scheduled for February 2, 2015, per the Clerk's Notice Scheduling Case Management Conference on Reassignment (Docket 12), then continued until April 13, 2015 since PS had not yet appeared in the action (Docket 24).

2. On April 1, 2015, the parties participated in a mediation before court-appointed mediator David Bluhm.  As a result of the mediation, Plaintiffs and PGC reached a tentative settlement of the class action by agreeing to a settlement fund for putative class members.  Plaintiffs and PGC are presently discussing payment of attorney fees and costs to Plaintiffs' counsel if counsel is appointed class counsel and payment of an incentive award to the Plaintiffs if they are appointed class representatives.  If Plaintiffs and PGC are able to reach agreement on all settlement terms, they intend to seek preliminary approval of the class settlement from the Court.  PGC and PS also engaged in settlement negotiations during the mediation, which are still ongoing.

3. In the interest of efficient case management and minimizing the burden of the action on the Court's resources, the parties agree that the Initial Case Management Conference should be continued from April 13, 2015 for 60 days in order to permit settlement discussions to conclude.

///

///

**Stipulation**

4.     Based on the foregoing recitals, the parties stipulate that the Initial Case Management Conference of April 13, 2015 should be continued for 60 days in order to permit settlement discussions to conclude.

So Stipulated.

Dated:  April 2, 2015                                   CHANT & COMPANY,
                                                        A Professional Law Corporation


                                                        By:   */s/  Chant Yedalian*
                                                              CHANT YEDALIAN
                                                        Attorneys for Plaintiffs
                                                        RACHEL HOCHSTETLER and CIRENA TORRES


Dated:  April 2, 2015                                   ROSALES LAW PARTNERS LLP


                                                        By:   */s/  Robert D. Sanford*
                                                              ROBERT D. SANFORD
                                                        Attorney for Defendant and Cross-Claimant
                                                        PACIFIC GATEWAY CONCESSIONS LLC


Dated:  April 2, 2015                                   HUDDLESTON & SIPOS LAW GROUP LLP


                                                        By:   */s/  Robert A. Huddleston*
                                                              ROBERT A. HUDDLESTON
                                                        Attorney for Cross- Defendant
                                                        POINT SOLUTIONS, LLC

1  **ORDER**

2  Pursuant to stipulation, it is so ordered.  The Initial Case Management Conference

3  shall occur on __June 15__, 2015 at $^{1:30}$ pm in Courtroom 12 on the 19th floor, United

4  States District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.  Not less

5  than seven days prior, counsel shall submit a joint case management conference

6  statement, and all other deadlines are continued according to the new date of the Initial

7  Case Management Conference.

8  Dated:  April _6_, 2015



Hon.
United
Judge Thelton E. Henderson

---

3

Stipulated Order Continuing CMC                                    Case No. 3:14-cv-04748-TEH