1  MARA E. ROSALES, State Bar No. 104844
   mara@rosaleslawpartners.com
2  ROBERT D. SANFORD, State Bar No.129790
   dusty@rosaleslawpartners.com
3  ROSALES LAW PARTNERS LLP
   433 California Street, Suite 630
4  San Francisco, CA 94104
   Telephone:     (415) 986-4760
5
   Attorneys for Defendant
6  PACIFIC GATEWAY CONCESSIONS LLC.

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| RACHEL HOCHSTETLER, CIRENA TORRES, | CASE NO. 3:14-CV-04748-TEH |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING OR VACATING AUGUST 31, 2015 INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| PACIFIC GATEWAY CONCESSIONS LLC, et al., | |
| Defendants. | Date: August 31, 2015<br>Time**:** 1:30 p.m.<br>Courtroom: 12 |
| PACIFIC GATEWAY CONCESSIONS LLC, et al., | |
| Cross-Claimant, | |
| vs. | |
| POINT SOLUTIONS, LLC, | |
| Cross-Defendant. | |

1        **STIPULATION**

2        Plaintiffs Rachel Hochstetler and Cirena Torres, Defendant and Cross-Claimant Pacific Gateway Concessions LLC ("PGC"), and Cross-Defendant Point Solutions, LLC ("PS") hereby stipulate as follows:

**Recitals**

1. The Initial Case Management Conference in this action has been continued three times to allow the parties an opportunity to negotiate settlement. (Docket 24, 29, 32.) Plaintiffs and PGC reached agreement on settlement of the putative class action, which was memorialized in a Memorandum of Understanding of Settlement ("MOU") signed on June 8, 2015. Plaintiffs and PGC have since negotiated and executed a detailed Stipulated Settlement Agreement and Release ("Class Settlement Agreement"). Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs will shortly file a motion seeking the Court's preliminary approval of the Class Settlement Agreement.

2. PGC and PS have reached agreement on the major details of the settlement of PGC's cross-claim for indemnity and contribution and for breach of contract. PGC and PS anticipate that a formal settlement agreement should be signed shortly, pursuant to which PGC's cross-claim would be dismissed in conjunction with the Court's final approval of the Class Settlement Agreement.

3. In the interest of efficient case management and minimizing the burden of the action on the Court's resources, the parties agree that the August 31, 2015 Case Management Conference should be, at the Court's discretion, either: (i) continued from August 31, 2015 for 60 days in order to permit Plaintiffs to file the motion for preliminary approval of the Class Settlement Agreement, then vacated once the motion is filed; or (ii) vacated now.

///
///

**Stipulation**

4.      Based on the foregoing recitals, the parties stipulate that the Initial Case Management Conference of August 31, 2015 should be, at the Court's discretion, either continued for 60 days to allow the motion for preliminary approval of the Class Settlement Agreement to be filed, then vacated once the motion is filed, or vacated immediately.

So Stipulated.

Dated:  August 24, 2015            CHANT & COMPANY
                                   A Professional Law Corporation


                                   By:   _/s/   Chant Yedalian_
                                          CHANT YEDALIAN
                                   Attorneys for Plaintiffs
                                   RACHEL HOCHSTETLER and CIRENA TORRES


Dated:  August 24, 2015            ROSALES LAW PARTNERS LLP


                                   By:   _/s/   Robert D.  Sanford_
                                          ROBERT D. SANFORD
                                   Attorney for Defendant and Cross-Claimant
                                   PACIFIC GATEWAY CONCESSIONS LLC


Dated:  August 24, 2015            HUDDLESTON & SIPOS LAW GROUP LLP


                                   By:   _/s/   Robert A. Huddleston_
                                          ROBERT A. HUDDLESTON
                                   Attorney for Cross- Defendant
                                   POINT SOLUTIONS, LLC

1  **ORDER**

2  Pursuant to stipulation, it is ordered as follows:

3  The Initial Case Management Conference shall occur on __10/26__, 2015 at

4  <u>1:30 PM</u> in Courtroom 12 on the 19th floor, United States District Courthouse, 450 Golden

5  Gate Avenue, San Francisco, CA 94102.  Not less than seven days prior, counsel shall

6  submit a joint case management conference statement, and all other deadlines are

7  continued according to the new date of the Initial Case Management Conference.  Once

8  Plaintiffs file a motion for preliminary approval of the Class Settlement Agreement, the

9  Initial Case Management Conference shall be vacated.

10  [OR]

11  ~~The August 31, 2015 Initial Case Management Conference is vacated pending~~

12  ~~Plaintiffs' filing of a motion for preliminary approval of the Class Settlement Agreement.~~

13  Dated:  August _25_, 2015

15  _____
16  Honorable Thelton E. Henderson
    United States District Court Judge

---

3

Stipulated Order Continuing CMC                                   Case No. 3:14-cv-04748-TEH